Unsealed on 12/10/08

~~SECRET~~

FILED

08 JUL 10 PM 4: 50

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY



UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury

08 CR 2288 BTM

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. _____ |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 21, U.S.C., Secs. 846 and 841(a)(1) - Conspiracy to Distribute a Controlled Substance; Title 21, U.S.C., Sec. 841(a)(1) - Distribution of a Controlled Substance; Title 18, U.S.C., Sec. 2 - Aiding and Abetting |
| HENRY HUYNH (1), aka "Evil," | |
| TONY NGUYEN (2), aka "Ruthless," | |
| YI CHEONG HO (3), aka "Tall Andy," | |
| MICHAEL HOAI TRAN (4), aka "Michael Viet Tran," | |
| DUY THE NGUYEN (5), aka "Johnny," | |
| YANG JIANG (6), aka "Bobbie," | |
| CHARLES DAVID NGUYEN (7), aka "Cloudy," | |
| VI KIEN TANG (8), aka "Ken," | |
| DOWN GEORGE YANG (9), aka "Downy," | |
| DAVID VAN PHAM (10), aka "GQ," | |
| PHINATH KHVANN (11), aka "Peanut," | |
| MELISSA SUE MORAND (12), | |
| HARLAN JARARD EDISON (13), aka "Harlie," | |
| EDWARD H. CHIEN (14), | |
| Defendants. | |

//

//

ECW:em:San Diego
7/9/08



The grand jury charges:

Count 1

1. At various times material to this Indictment:

a. Drug Enforcement Administration (DEA) agents and other law enforcement officers have been investigating the role of Asian individuals in the distribution of large quantities of "ecstasy," a mind altering illegal drug, in the Southern California area.

b. DEA agents in San Diego, California initiated wire and electronic interceptions of a street level distributor of ecstasy tablets who obtained his illegal drugs from a source of supply who resided in San Diego, California and Sun City, California which led agents to the discovery of higher level sources of supply residing in Colton, California and Arcadia, California.

c. Several cooperating witnesses, including Cooperating Witness #1 and Cooperating Witness #2, made "controlled purchases" of ecstasy tablets at the request of law enforcement officers for the purpose of confirming the quality, types, and prices of the illegal drugs and corroborating the meaning of the intercepted wire and electronic (text message) communications.

d. DEA agents and other law enforcement officers in San Diego County, Riverside County, San Bernardino County, Orange County, and Los Angeles County, California have determined that the Asian individuals responsible for distributing "boat" (1,000 tablet) quantities of ecstasy make trips to China possibly to arrange for shipments of the illegal drugs to locations in Southern California.

//

//

2

1          e.    DEA agents and other law enforcement officers have
2    identified individuals who communicate in part in languages other than
3    English such as Vietnamese, Cambodian, and Chinese.

4          f.    A loose-knit group of "stash" house operators,
5    packagers, "runners," collectors, and buyers have been identified
6    although several of the individuals could not be pigeonholed in one
7    particular category.

8          g.    Members of the criminal organization, in addition to
9    obtaining and distributing ecstasy tablets, have been engaged in the
10   distribution of marijuana and other controlled substances and the
11   obtaining of firearms.

12        2.    Beginning in or about May 2006 and continuing up to and
13   including July 10, 2008, within the Southern District of California
14   and elsewhere, defendants HENRY HUYNH, aka "Evil," TONY NGUYEN, aka
15   "Ruthless," YI CHEONG HO, aka "Tall Andy," MICHAEL HOAI TRAN, aka
16   "Michael Viet Tran," DUY THE NGUYEN, aka "Johnny," YANG JIANG, aka
17   "Bobbie," CHARLES DAVID NGUYEN, aka "Cloudy," VI KIEN TANG, aka "Ken,"
18   DOWN GEORGE YANG, aka "Downy," DAVID VAN PHAM, aka "GQ," PHINATH
19   KHVANN, aka "Peanut," MELISSA SUE MORAND, HARLAN JARARD EDISON, aka
20   "Harlie," and EDWARD H. CHIEN, did knowingly and intentionally
21   conspire together with each other and with other persons known and
22   unknown,    to    distribute    thousands    of    tablets    of
23   3,4 methylenedioxymethamphetamine (MDMA), commonly known as "ecstasy,"
24   a Schedule I controlled substance; in violation of Title 21,
25   United States Code, Section 841(a)(1).
26   //
27   //
28   //

                                    3

3.   It was a part of the conspiracy that some defendants would be supplied with ecstasy tablets through different sources of supply and would negotiate the best possible quality, types, and prices of the ecstasy tablets.

4.   It was a further part of the conspiracy that some defendants insulated themselves from the actual possession of the illegal drugs and utilized "runners" to deliver the ecstasy tablets to large-quantity customers and sometimes utilized "stash" locations to store the tablets in plastic baggies for later distribution.

5.   It was a further part of the conspiracy that some defendants would arrange to pick up money from customers for ecstasy tablets that were consigned or "fronted."

6.   It was a further part of the conspiracy that some defendants would negotiate over types and prices of ecstasy tablets that were available sometimes retrieving unsold "boats" of ecstasy tablets which were of poor quality.

7.   It was a further part of the conspiracy that some defendants who resided in the San Diego, California area would travel to the Los Angeles, California area to either obtain a new supply of ecstasy tablets or to settle debts.

8.   It was a further part of the conspiracy that some defendants would travel to and from Los Angeles International Airport to locations in China for the apparent purpose of arranging for shipments of large quantities of ecstasy tablets to the Southern California area.

9.   It was a further part of the conspiracy that some defendants would attempt to obtain firearms for the apparent purpose of protecting their drug trafficking operations.

4

OVERT ACTS

In furtherance of said conspiracy and to effect and accomplish the objects thereof, the following overt acts, among others, were committed in the Southern District of California and elsewhere:

1.   On or about March 12, 2007, at approximately 2:08 p.m., PHINATH KHVANN had a telephone conversation with HARLAN JARARD EDISON about five "CDs" (500 ecstasy pills) or a "whole thing" (a boat of 1,000 ecstasy pills), agreeing on half of the "whole thing."

2.   On or about March 13, 2007, in Del Mar, California, HARLAN JARARD EDISON, after obtaining ecstasy from PHINATH KHVANN, delivered 447 tablets (approximately 108.1 grams) to Cooperating Witness #1 in exchange for $3,000.

3.   On or about March 13, 2007, at approximately 12:54 p.m., PHINATH KHVANN had a telephone conversation with HARLAN JARARD EDISON about the "cheese" (money in the amount of $2,250) being paid, PHINATH KHVANN commenting that he was going to go back up north (from San Diego to Sun City).

4.   On or about March 14, 2007, at approximately 2:32 p.m., TONY NGUYEN had a telephone conversation with PHINATH KHVANN about a new source of supply and they discussed if the pills were going to be better, PHINATH KHVANN asking TONY NGUYEN to hold "one" (boat) for him.

5.   On or about March 14, 2007, at approximately 10:04 p.m., PHINATH KHVANN had a telephone conversation with HARLAN JARARD EDISON about not taking the pills that were "super weak," PHINATH KHVANN commenting that he had

5

talked to his "folks" who were sitting on "a couple of packs" (a few boats) and they made plans to meet in the Del Mar area of San Diego.

6. On or about March 16, 2007, at approximately 6:27 p.m., TONY NGUYEN had a telephone conversation with PHINATH KHVANN about "pink scorpions," PHINATH KHVANN asking if he could get them for 2.7 ($2.70 per pill).

7. On or about March 19, 2007, at approximately 3:36 p.m., PHINATH KHVANN had a telephone conversation with HARLAN JARARD EDISON about a 1,300 pill transaction, PHINATH KHVANN stating that he had only "one" (boat/ 1,000 pills) left and they arranged an exchange in a shopping center in North San Diego County.

8. On or about March 19, 2007, at approximately 6:25 p.m., in San Diego, California, PHINATH KHVANN met with HARLAN JARARD EDISON in the parking lot of a pharmacy and gave HARLAN JARARD EDISON a yellow box containing ecstasy pills.

9. On or about March 19, 2007, at approximately 6:27 p.m., in San Diego, California, HARLAN JARARD EDISON delivered a yellow box containing 998 ecstasy tablets (approximately 246.2 grams) to Cooperating Witness #1 in exchange for $5,200.

10. On or about March 19, 2007, at approximately 6:32 p.m., in San Diego, California, PHINATH KHVANN met with HARLAN JARARD EDISON in the parking lot of the pharmacy.

//
//

11.  On or about March 22, 2007, at approximately 9:09 p.m.,
     PHINATH KHVANN had a telephone conversation with MELISSA
     SUE MORAND in which they discussed "how much candy"
     (ecstasy pills) the customer of MELISSA SUE MORAND wanted
     and she replied 16 (1,600 pills in 16 plastic baggies
     of 100).

12.  On or about March 23, 2007, at approximately 5:59 p.m.,
     in Carlsbad, California, HARLAN JARARD EDISON met with
     Cooperating Witness #1 in the parking lot of a restaurant
     and delivered 322 ecstasy tablets (approximately
     86.8 grams) to Cooperating Witness #1 in exchange for
     $1,800.

13.  On or about March 25, 2007, at approximately 7:55 p.m.,
     PHINATH KHVANN had a telephone conversation with MELISSA
     SUE MORAND about her profits, PHINATH KHVANN asking if
     she wanted "7" (700 pills in seven plastic baggies
     of 100) and she stated that she wanted seven and a
     "whole" (700 ecstasy pills plus a whole boat of
     1,000 pills).

14.  On or about March 26, 2007, at approximately 7:17 p.m.,
     TONY NGUYEN had a telephone conversation with PHINATH
     KHVANN about getting the "pink dolphins" (a type of
     ecstasy pill), PHINATH KHVANN complaining about the last
     two batches but commenting that he'll do it and get "two"
     (boats).

15.  On or about March 26, 2007, at approximately 7:46 p.m.,
     TONY NGUYEN had a telephone conversation with PHINATH
     KHVANN stating that he had "25" (boats), PHINATH KHVANN

commenting that he needed two to which TONY NGUYEN stated that he was dealing with suppliers who were Taiwanese and were providing the ecstasy for $2.50 per pill.

16. On or about April 12, 2007, at approximately 9:26 p.m., TONY NGUYEN had a telephone conversation with DOWN GEORGE YANG about something new coming in this weekend, DOWN GEORGE YANG stating that the price is $2.75 (per pill) and TONY NGUYEN stating that he would try to get a better (lower) price.

17. On or about April 13, 2007, at approximately 11:32 p.m., TONY NGUYEN had a telephone conversation with DOWN GEORGE YANG stating that he only had the dolphins but he should have something new by tomorrow, DOWN GEORGE YANG stating that the "dude" has a lot of different colors and five to seven different kinds - blue, green, and red.

18. On or about April 17, 2007, at approximately 12:15 p.m., TONY NGUYEN sent a text message to DOWN GEORGE YANG stating "tomorrow I should have 3 kinds (of ecstasy pills)."

19. On or about April 17, 2007, at approximately 12:59 p.m., PHINATH KHVANN had a telephone conversation with HARLAN JARARD EDISON stating that he (PHINATH KHVANN) would be down in the city (San Diego), and HARLAN JARARD EDISON asking what kind of ecstasy pills were available.

20. On or about April 17, 2007, at approximately 3:11 p.m., TONY NGUYEN had a telephone conversation with DAVID VAN PHAM about meeting up with "Peanut" (PHINATH KHVANN), DAVID VAN PHAM stating that he paid "29" ($2,900).

21. On or about April 18, 2007, at approximately 3:45 p.m.,
    TONY NGUYEN had a telephone conversation with DOWN GEORGE
    YANG about the "blue ladies," TONY NGUYEN stating that he
    was waiting for them and DOWN GEORGE YANG asking if TONY
    NGUYEN could "float him one."

22. On or about April 19, 2007, at approximately 5:38 p.m.,
    TONY NGUYEN had a telephone conversation with DOWN GEORGE
    YANG about trying to get the "stuff" (ecstasy pills),
    DOWN GEORGE YANG stating that he doesn't like the "stuff
    that he gets from his connect," TONY NGUYEN stating that
    his people are lying low because things got "hot" with
    law enforcement making seizures the last couple of
    months.

23. On or about April 24, 2007, at approximately 6:13 p.m.,
    PHINATH KHVANN had a telephone conversation with HARLAN
    JARARD EDISON about a "new batch," HARLAN JARARD EDISON
    mentioning "triple" and "quadruple" stacks (ecstasy pills
    which are three or four tiered), PHINATH KHVANN stating
    that he would be down in San Diego later that night.

24. On or about April 25, 2007, at approximately 3:00 p.m.,
    TONY NGUYEN had a telephone conversation with DAVID VAN
    PHAM about money that DAVID VAN PHAM owed, having
    obtained $1,800 and $800 with $3,300 still outstanding.

25. On or about April 27, 2007, at approximately 8:49 p.m.,
    PHINATH KHVANN had a telephone conversation with
    MELISSA SUE MORAND asking her if she needed "4" and she
    responded that she really needed "7" (seven 100 pill

//

9

baggies of ecstasy pills) and maybe a "whole one" (a boat of 1,000 pills).

26. On or about April 27, 2007, at approximately 8:55 p.m., PHINATH KHVANN had a telephone conversation with MELISSA SUE MORAND who stated that she was in Spring Valley, California and her "friend from Poway" needed "7" (seven 100 pill baggies), PHINATH KHVANN asking about the four "7s" and a "whole one" (four customers wanting seven 100 pill baggies and one customer wanting a boat of 1,000 pills).

27. On or about May 1, 2007, at approximately 6:52 p.m., TONY NGUYEN received a text message from DAVID VAN PHAM as follows: "Any greens? Any beans? Any heaters for my jeans" asking whether there was any marijuana, any ecstasy pills, and any firearms.

28. On or about May 2, 2007, at approximately 2:12 p.m., HENRY HUYNH had a telephone conversation with TONY NGUYEN about holding "five" (boats), HENRY HUYNH mentioning 10 red butterflies and 10 blue batmans.

29. On or about May 2, 2007, at approximately 2:33 p.m., TONY NGUYEN had a telephone conversation with DOWN GEORGE YANG about red butterflies and blue batmans, DOWN GEORGE YANG asking if they were good, TONY NGUYEN responding that he grabbed "10" (boats), and DOWN GEORGE YANG stating that he would try one of each.

30. On or about May 2, 2007, at approximately 4:37 p.m., HENRY HUYNH had a telephone conversation with TONY NGUYEN about TONY NGUYEN needing six today and eight tomorrow,

HENRY HUYNH commenting that he was just rounding up the "cheese" (money).

31.  On or about May 3, 2007, at approximately 5:26 p.m., TONY NGUYEN had a telephone conversation with DAVID VAN PHAM about needing the "cheese" (money) and asking if there's any way he (DAVID VAN PHAM) could bring the money down, DAVID VAN PHAM responding that one of his "runners" was at work and the other wasn't picking up his phone.

32.  On or about May 4, 2007, at approximately 12:03 p.m., TONY NGUYEN had a telephone conversation with DAVID VAN PHAM about the "greens" (marijuana), TONY NGUYEN stating that he needs his "cheese" (money) and he's been "flipping" (selling everything), "candy" (ecstasy pills) and "greens" (marijuana).

33.  On or about May 4, 2007, at approximately 5:37 p.m., TONY NGUYEN sent a text message to DOWN GEORGE YANG referring to the $14,000 payment the last time and to just knock the debt off of that.

34.  On or about May 4, 2007, at approximately 9:50 p.m., TONY NGUYEN had a telephone conversation with DOWN GEORGE YANG stating not to worry about the money, DOWN GEORGE YANG asking if there is more ecstasy and TONY NGUYEN confirming, to which DOWN GEORGE YANG stated that he will probably need another "two" (boats).

35.  On or about May 5, 2007, at approximately 11:24 p.m., PHINATH KHVANN had a telephone conversation with DAVID VAN PHAM about "beans" (ecstasy pills) obtained from TONY

//

11

NGUYEN, PHINATH KHVANN stating that he got the "blue bats."

36. On or about May 6, 2007, at approximately 5:27 p.m., TONY NGUYEN sent a text message to PHINATH KHVANN stating that "ills (ecstasy pills) jus aint good. . . bad pressers" (bad pill press).

37. On or about May 7, 2007, at approximately 10:15 p.m., PHINATH KHVANN had a telephone conversation with HARLAN JARARD EDISON about meeting at the same location (off Black Mountain Road in San Diego), HARLAN JARARD EDISON stating that he was going to bring the "cheese" (money).

38. On or about May 8, 2007, at approximately 2:50 p.m., TONY NGUYEN received a text message from DOWN GEORGE YANG stating "what do you have . . . I need 2B" (two boats).

39. On or about May 9, 2007, at approximately 7:47 p.m., HENRY HUYNH had a telephone conversation with TONY NGUYEN about blue swans, TONY NGUYEN stating that his "runner" could pick up five (boats) and HENRY HUYNH stating that his runner would meet up with "you guys."

40. On or about May 9, 2007, at approximately 11:09 p.m., TONY NGUYEN sent a text message to PHINATH KHVANN stating "I got blue swans coming in. . .should be good. . .let me know."

41. On or about May 10, 2007, at approximately 1:41 p.m., TONY NGUYEN had a telephone conversation with DOWN GEORGE YANG about saving some "swans," TONY NGUYEN stating that

//

the blue butterflies are better than the red and that he doesn't have any more reds.

42. On or about May 10, 2007, at approximately 3:57 p.m., HENRY HUYNH had a telephone conversation with TONY NGUYEN about their runners meeting, HENRY HUYNH asking if TONY NGUYEN wanted "dolphins," TONY NGUYEN responding that he wanted something new.

43. On or about May 23, 2007, at approximately 12:07 p.m., HENRY HUYNH had a telephone conversation with MICHAEL HOAI TRAN about the "Bacardi" not being good but mentioning that he (MICHAEL HOAI TRAN) could still "move it" with a "float" for three days.

44. On or about May 23, 2007, at approximately 12:23 p.m., HENRY HUYNH had a telephone conversation with MICHAEL HOAI TRAN about a runner for them getting a half "bizzle" (half a boat of ecstasy pills) and they discussed HENRY HUYNH providing weapons - the "Nina" (a 9mm) for "6 bucks" ($600), MICHAEL HOAI TRAN asking for the "PPK" (a Walther PPK-type firearm).

45. On or about May 23, 2007, at approximately 3:42 p.m., HENRY HUYNH had a telephone conversation with MICHAEL HOAI TRAN about the "Bacardis" (ecstasy pills with a Bacardi imprint), HENRY HUYNH stating that he thought he had 20 (boats) and MICHAEL HOAI TRAN responding that he would have to talk to his distributor.

46. On or about May 23, 2007, at approximately 6:21 p.m., HENRY HUYNH had a telephone conversation with CHARLES DAVID NGUYEN asking CHARLES DAVID NGUYEN if he could

13

"do a run in like 30 minutes" (make a delivery or a pickup).

47. On or about May 23, 2007, at approximately 8:32 p.m., HENRY HUYNH had a telephone conversation with CHARLES DAVID NGUYEN about money - specifically "29" ($2,900 or $29,000), HENRY HUYNH telling CHARLES DAVID NGUYEN to deduct "a bill 50" (either $150 or $1,500) as his fee.

48. On or about May 24, 2007, at approximately 5:39 p.m., HENRY HUYNH had a telephone conversation with TONY NGUYEN about "COD" (cash on delivery), TONY NGUYEN asking if HENRY HUYNH would come through with "some candy" (ecstasy pills) and HENRY HUYNH replying that a new shipment was supposed to come through the next day.

49. On or about May 24, 2007, at approximately 6:02 p.m., HENRY HUYNH had a telephone conversation with TONY NGUYEN about HENRY HUYNH taking off for China again and asking TONY NGUYEN to let him know if he needed "anything."

50. On or about May 24, 2007, at approximately 7:34 p.m., HENRY HUYNH had a telephone conversation with MICHAEL HOAI TRAN about HENRY HUYNH providing ecstasy pills and a "girlfriend" (a firearm of some kind), MICHAEL HOAI TRAN responding that he had the "paper" (money that was owed - $3,650) and half a bizzle (half a boat).

51. On or about May 24, 2007, at approximately 10:56 p.m., PHINATH KHVANN had a telephone conversation with HARLAN JARARD EDISON about collecting $1,800, PHINATH KHVANN stating that the green ones (green ecstasy pills) were good and that he (PHINATH KHVANN) was trying to get in

14

good with "these people" (the suppliers from the Los Angeles area) so that "the ticket (the price) would be way better."

52. On or about May 25, 2007, at approximately 1:06 p.m., HENRY HUYNH had a telephone conversation with MICHAEL HOAI TRAN about types of ecstasy pills, mentioning blue ladies, blue sharks, blue swans, MICHAEL HOAI TRAN then requested that someone bring the "92" (a 92 model Beretta handgun).

53. On or about May 28, 2007, at approximately 10:05 p.m., PHINATH KHVANN received a text message from HARLAN JARARD EDISON asking "u got any blue omegas?"

54. On or about May 29, 2007, at approximately 12:38 p.m., HENRY HUYNH had a telephone conversation with CHARLES DAVID NGUYEN stating that he has 100 "jars" (100 baggies containing 100 ecstasy pills) left.

55. On or about May 29, 2007, at approximately 1:03 p.m., HENRY  HUYNH had a telephone conversation with DUY THE NGUYEN about awaiting the delivery of approximately 20 boats of ecstasy pills, DUY THE NGUYEN asking if HENRY HUYNH talked to "Mike" (MICHAEL HOAI TRAN) and HENRY HUYNH stating that he was waiting for his "other homeboy" to wake up to get two of the boats.

56. On or about May 30, 2007, at approximately 1:13 p.m., HENRY HUYNH had a telephone conversation with one of his runners about stopping by the residence of MICHAEL HOAI TRAN to pick up "ten stack" ($10,000).

//

15

57. On or about May 31, 2007, at approximately 7:22 p.m., HENRY HUYNH had a telephone conversation with MICHAEL HOAI TRAN about "the blue lady" (ecstasy pills with a blue lady imprint) coming in, MICHAEL HOAI TRAN asking about the "30" (30 boats).

58. On or about June 1, 2007, between approximately 1:49 p.m. and 1:54 p.m., in San Diego, California, PHINATH KHVANN met with MELISSA SUE MORAND in the parking lot of a restaurant.

59. On or about June 1, 2007, between 2:20 p.m. and 5:53 p.m., in Arcadia, California, Pomona, California, Ontario, California, and surrounding areas, HENRY HUYNH met with TONY NGUYEN and others.

60. On or about June 1, 2007, at approximately 3:58 p.m., HENRY HUYNH had a telephone conversation with YANG JIANG about YANG JIANG going to Orange County to pick up some "stacks" (money).

61. On or about June 2, 2007, at approximately 9:52 p.m., PHINATH KHVANN had a telephone conversation with MELISSA SUE MORAND about the "purple passions" and MELISSA SUE MORAND stated that they were weak but okay, and after talking to someone in Pacific Beach, MELISSA SUE MORAND stated that "he" wanted seven (seven 100 pill baggies).

62. On or about June 3, 2007, at approximately 6:38 p.m., PHINATH KHVANN had a telephone conversation with MELISSA SUE MORAND asking her if she still needed

//

"those skittles" (ecstasy pills) and MELISSA SUE MORAND said she would know in a half hour.

63. On or about June 3, 2007, at approximately 11:12 p.m., HENRY HUYNH had a telephone conversation with MICHAEL HOAI TRAN about some new "candy" that just came in today (a new batch) and MICHAEL HOAI TRAN stated that he would need five of the "other one" (a different batch of ecstasy pills).

64. On or about June 4, 2007, at approximately 12:16 a.m., HENRY HUYNH had a telephone conversation with TONY NGUYEN about a sample of ecstasy with no stamp on it that was supposed to be "white moons," HENRY HUYNH stating that the pills were perfectly nice and he licked one, TONY NGUYEN asking what else he could get and HENRY HUYNH answering 50,000 swans and sharks.

65. On or about June 4, 2007, at approximately 11:49 a.m., HENRY HUYNH had a telephone conversation with MICHAEL HOAI TRAN about 16 (boats), MICHAEL HOAI TRAN expressing concern about the pills crumbling and asking if they were "pressed" hard, HENRY HUYNH explaining that he would provide the powder to "shoot back to his Chinese cat" (a Chinese source of supply).

66. On or about June 4, 2007, at approximately 2:29 p.m., HENRY HUYNH had a telephone conversation with CHARLES DAVID NGUYEN about "candy" (ecstasy pills), HENRY HUYNH describing "white moons" and CHARLES DAVID NGUYEN stating that he needed "two jars" (possibly 200 pills).

//

67.   On or about June 4, 2007, at approximately 2:39 p.m., HENRY HUYNH had a telephone conversation with CHARLES DAVID NGUYEN discussing the price for "a boat" (1,000 ecstasy pills), HENRY HUYNH responding two four ($2.40 a pill or $2,400 a boat).

68.   On or about June 4, 2007, at approximately 11:52 p.m., HENRY HUYNH had a telephone conversation with TONY NGUYEN about the "next round" after a ten boat deal was completed, TONY NGUYEN stating that if you break it down you can make more "cheese" (money).

69.   On or about June 5, 2007, at approximately 2:15 p.m., HENRY HUYNH had a telephone conversation with TONY NGUYEN about doing all ten (boats) at once, HENRY HUYNH stating that he could do five tomorrow and TONY NGUYEN asking about the money, 15 stack ($15,000).

70.   On or about June 6, 2007, at approximately 1:31 p.m., HENRY HUYNH had a telephone conversation with YANG JIANG instructing YANG JIANG to go behind the alley and when he opened a box (of baggies of ecstasy pills) to take out three.

71.   On or about June 8, 2007, at approximately 7:56 p.m., PHINATH KHVANN received a text message from HARLAN JARARD EDISON stating "I need like 125 of the purples" (125 purple ecstasy pills).

72.   On or about June 8, 2007, at approximately 8:28 p.m., PHINATH KHVANN had a telephone conversation with HARLAN JARARD EDISON about "fronting" more pills, PHINATH KHVANN complaining that "he shot him 500 the last time" and was

18

not paid, HARLAN JARARD EDISON responding that he wanted to get the other "boat."

73. On or about June 11, 2007, at approximately 7:06 p.m., HENRY HUYNH had a telephone conversation with CHARLES DAVID NGUYEN about his "paper" (money that was collected) and HENRY HUYNH said that he would swing by (to pick up the money).

74. On or about June 11, 2007, at approximately 7:59 p.m., HENRY HUYNH had a telephone conversation with CHARLES DAVID NGUYEN about fronting a "B" (boat of 1,000 ecstasy pills), CHARLES DAVID NGUYEN asking how long HENRY HUYNH would give him to get rid of it and HENRY HUYNH responded five days.

75. On or about June 12, 2007, at approximately 11:58 p.m., PHINATH KHVANN received a text message from MELISSA SUE MORAND asking "U got any candies?" (ecstasy pills).

76. On or about June 13, 2007, at approximately 8:35 p.m., PHINATH KHVANN received a text message from MELISSA SUE MORAND asking if she could get a "full one" (a full boat of 1,000 ecstasy pills).

77. On or about June 13, 2007, at approximately 8:48 p.m., PHINATH KHVANN received a text message from MELISSA SUE MORAND referring to her still waiting for an answer (from her customer) regarding the "bats" (batman inscribed ecstasy pills).

78. On or about June 17, 2007, at approximately 1:56 p.m., HENRY HUYNH had a telephone conversation with CHARLES DAVID NGUYEN about being ready for "5" (boats), CHARLES

DAVID NGUYEN responding "one for sure" and HENRY HUYNH stating that the pills were pink dolphins.

79. On or about June 17, 2007, at approximately 2:12 p.m., TONY NGUYEN had a telephone conversation with PHINATH KHVANN about prices of $2.80 per pill, PHINATH KHVANN asking if he could have two (boats) for $5,000 and TONY NGUYEN responding "I can't."

80. On or about June 17, 2007, at approximately 4:55 p.m., TONY NGUYEN had a telephone conversation with PHINATH KHVANN about types of ecstasy pills, TONY NGUYEN commenting that there are pink Pumas and PHINATH KHVANN stating that he thought they were going to be dolphins, to which TONY NGUYEN stated that he was going to "re-up" for another round, PHINATH KHVANN stating to make sure he held two (boats) for him.

81. On or about June 17, 2007, at approximately 7:15 p.m., HENRY HUYNH had a telephone conversation about red, pink and orange "Pumas," stating that he was going to drop off 50.

82. On or about June 19, 2007, at approximately 12:50 p.m., TONY NGUYEN had a telephone conversation with DAVID VAN PHAM about the "Pumas" not "cracking," getting complaints and having the pills returned because they were all "bunk."

83. On or about June 21, 2007, at approximately 7:05 p.m., TONY NGUYEN had a telephone conversation with PHINATH KHVANN about "apples," PHINATH KHVANN asking if they are good and TONY NGUYEN stating that they are "movable,"

to which PHINATH KHVANN asked if they were like the swans
and TONY NGUYEN commented "a little lower quality."

84.  On or about July 10, 2007, at approximately 11:00 p.m.,
in San Diego, California, PHINATH KHVANN met with
Cooperating Witness #2 in the parking lot of a restaurant
and delivered 100 ecstasy tablets (approximately
25.0 grams) to Cooperating Witness #2 in exchange
for $400.

85.  On or about July 27, 2007, at approximately 10:35 p.m.,
PHINATH KHVANN had a telephone conversation with HARLAN
JARARD EDISON about being "empty" (out of ecstasy pills),
HARLAN JARARD EDISON offering to "shoot him some cheese"
and wanted to know if there were any "pink ones,"
PHINATH KHVANN stating that he was still in L.A. and he
was not sure.

86.  On or about August 2, 2007, at approximately 4:26 p.m.,
HENRY HUYNH had a telephone conversation with YI CHEONG
HO about sorting it out (separating the ecstasy pills),
HENRY HUYNH offering to do it himself.

87.  On or about August 2, 2007, at approximately 5:22 p.m.,
HENRY HUYNH had a telephone conversation with TONY
NGUYEN about types of ecstasy pills mentioning
five blue motorolas and five blue x-boxes, TONY NGUYEN
stating that he would send a runner to pick them up.

88.  On or about August 2, 2007, at approximately 5:27 p.m.,
HENRY HUYNH had a telephone conversation with YI CHEONG
HO about separating the motorolas and giving them to
HENRY HUYNH so that the pills could be sent out the next

day, HENRY HUYNH asking YI CHEONG HO how many he had and YI CHEONG HO replying probably seven (boats).

89. On or about August 2, 2007, at approximately 5:29 p.m., HENRY HUYNH had a telephone conversation with YANG JIANG about seven (boats) in which YANG JIANG was instructed to throw everything back in the "big bag" apparently because the ecstasy pills were of poor quality.

90. On or about August 2, 2007, at approximately 8:18 p.m., HENRY HUYNH had a telephone conversation with YI CHEONG HO about counting (rather than separating) the pills, HENRY HUYNH stating that he had $30,000 for YI CHEONG HO.

91. On or about August 3, 2007, at approximately 11:12 a.m., HENRY HUYNH had a telephone conversation with EDWARD H. CHIEN about buying three guns, a 9mm and two 45 caliber firearms, HENRY HUYNH arranging to wire money to EDWARD H. CHIEN.

92. On or about August 3, 2007, at approximately 2:15 p.m., HENRY HUYNH had a telephone conversation with EDWARD H. CHIEN about getting "that shit" (guns) describing one of the weapons as a Ruger P90 police edition "full size gun."

93. On or about August 3, 2007, at approximately 3:28 p.m., PHINATH KHVANN received a text message from MELISSA SUE MORAND asking "did u ever get any more skittles?" (ecstasy pills).

94. On or about August 3, 2007, at approximately 7:53 p.m., HENRY HUYNH had a telephone conversation with VI KIEN

//

22

TANG asking about the "stuff" (ecstasy pills), VI KIEN TANG stating that he would provide a sample.

95. On or about August 4, 2007, at approximately 9:00 a.m., PHINATH KHVANN received a text message from MELISSA SUE MORAND who indicated she wanted to "get some skittles" (ecstasy pills).

96. On or about August 4, 2007, at approximately 11:46 a.m., HENRY HUYNH had a telephone conversation with CHARLES DAVID NGUYEN about separating the ecstasy pills into 500 per bag, two bags equaling 1,000 pills, HENRY HUYNH instructing CHARLES DAVID NGUYEN to grab one "bizzle" (1,000 pills) and then grab two "bizzle" (2,000 pills), leaving one at home and dropping off the other with a customer.

97. On or about August 4, 2007, at approximately 12:07 p.m., HENRY HUYNH had a telephone conversation with EDWARD H. CHIEN about providing EDWARD H. CHIEN with "1 whole bizzle" (a boat of ecstasy pills), HENRY HUYNH stating that he could also provide "weed" (marijuana).

98. On or about August 5, 2007, at approximately 2:24 p.m., HENRY HUYNH had a telephone conversation with YANG JIANG about eight boats, HENRY HUYNH asking YANG JIANG to give him (HENRY HUYNH) five motorolas (five boats of motorola imprinted ecstasy pills).

99. On or about August 5, 2007, at approximately 2:37 p.m., HENRY HUYNH sent a text message to YANG JIANG instructing YANG JIANG to bring the five motorolas in three yellow boxes.

100. On or about August 5, 2007, at approximately 5:08 p.m., HENRY HUYNH had a telephone conversation regarding the cash for "all 5," an individual stating that he was going to give HENRY HUYNH a "stack" (money) and HENRY HUYNH indicating that he was going to call "Tony" (TONY NGUYEN).

101. On or about August 6, 2007, at approximately 1:29 a.m., PHINATH KHVANN received a text message from MELISSA SUE MORAND who indicated "its Melissa...Want to get some skittles" (ecstasy pills), MELISSA SUE MORAND inquiring what kind PHINATH KHVANN had.

102. On or about August 6, 2007, at approximately 3:38 p.m., HENRY HUYNH had a telephone conversation with an individual about needing a "5 pack," HENRY HUYNH mentioning yellow x-boxes and brown x-boxes.

103. On or about August 6, 2007, at approximately 4:26 p.m., HENRY HUYNH had a telephone conversation with YI CHEONG HO about picking up ecstasy pills, YI CHEONG HO stating that there were 18 dolphins and four and a half apples, HENRY HUYNH asking if he could get motorolas and YI CHEONG HO stating that he didn't have any.

104. On or about August 7, 2007, at approximately 2:06 p.m., HENRY HUYNH had a telephone conversation with YI CHEONG HO about "Bobbie" (YANG JIANG) dropping off money and picking up ten dolphins and then HENRY HUYNH instructed YANG JIANG to meet with YI CHEONG HO and "sort it out."

105. On or about August 7, 2007, at approximately 2:33 p.m., HENRY HUYNH sent a text message to YANG JIANG instructing

24

him to get ten dolphins, six yellow x-boxes, one brown x-box and three apples (a total of 20 boats).

106. On or about August 7, 2007, at approximately 3:03 p.m., HENRY HUYNH had a telephone conversation with YANG JIANG, YANG JIANG stating that he was 200 (pills) short of three boats with HENRY HUYNH commenting that they were supposed to have "11" and YANG JIANG (who was keeping pills for HENRY HUYNH) stating that he doesn't have six of the yellow ones but he has four of the brown ones.

107. On or about August 7, 2007, at approximately 3:49 p.m., HENRY HUYNH had a telephone conversation with one of his runners about picking up "20" (boats), HENRY HUYNH asking if the runner had talked to "R" (TONY NGUYEN known as "Ruthless").

108. On or about August 7, 2007, at approximately 4:10 p.m., HENRY HUYNH had a telephone conversation with YANG JIANG about a "bag" (of ecstasy pills) which was mixed, HENRY HUYNH asking how many and YANG JIANG stating 18 yellow fishes (yellow dolphins) and 12 green x-boxes making 30 boats.

109. On or about August 7, 2007, at approximately 6:59 p.m., HENRY HUYNH had a telephone conversation with YI CHEONG HO about HENRY HUYNH having "paper" (money), about 50/60 ($50,000 to $60,000) for YI CHEONG HO.

110. On or about August 7, 2007, at approximately 7:09 p.m., HENRY HUYNH had a telephone conversation with YANG JIANG inquiring as to how much "we have left, the number and the color," YANG JIANG responding that there are more

fishes (dolphins) than cell phones (motorolas) and stating that he (YANG JIANG) needed to go home and check.

111. On or about August 7, 2007, between 7:36 p.m. and 7:49 p.m., HENRY HUYNH met with TONY NGUYEN and others (including a "runner" on a motorcycle) in front of a residence and departed in their respective vehicles, HENRY HUYNH traveling to a home in Arcadia, California.

112. On or about August 7, 2007, at approximately 7:52 p.m., HENRY HUYNH had a telephone conversation with VI KIEN TANG in which they discussed a transaction involving "water" (possibly the illegal drug Ketamine) and then switched to discussing "candy" (ecstasy pills), HENRY HUYNH stating that he was interested in price.

113. On or about August 8, 2007, between 1:45 p.m. and 4:07 p.m., in Arcadia, California and Alhambra, California, HENRY HUYNH traveled to and met at the home of YANG JIANG and went inside (possibly to examine and count ecstasy pills).

114. On or about August 8, 2007, at approximately 3:54 p.m., HENRY HUYNH had a telephone conversation with YI CHEONG HO about booking a trip (to China), HENRY HUYNH discussing traveling with YI CHEONG HO who was planning to take in the sights of Hong Kong.

115. On or about August 9, 2007, at approximately 12:13 a.m., HENRY HUYNH had a telephone conversation with YI CHEONG HO about a bag of ecstasy pills containing eight yellow dolphins and two blue dolphins and they discussed

//

a forthcoming trip to China, in which they would land in Hong Kong and stay at a hotel or somebody's house.

116. On or about August 9, 2007, at approximately 2:18 p.m., PHINATH KHVANN had a telephone conversation with DAVID VAN PHAM about talking to TONY NGUYEN about the "beans" (ecstasy pills), DAVID VAN PHAM stating he got the "red hearts" and was wondering about the x-boxes.

117. On or about August 9, 2007, at approximately 7:15 p.m., YI CHEONG HO traveled from the residence of HENRY HUYNH to a café where YI CHEONG HO sat at an outdoor table with several unidentified males until approximately 11:00 p.m.

118. On or about August 9, 2007, at approximately 7:22 p.m., HENRY HUYNH had a telephone conversation with YI CHEONG HO about a batch of ecstasy pills being one and a half (boats) short which YI CHEONG HO needed to cover, HENRY HUYNH commenting that he had been dealing with "them" (his customers) for almost two years.

119. On or about August 9, 2007, at approximately 9:00 p.m., in San Diego, California, PHINATH KHVANN met with Cooperating Witness #2 outside a video rental store and delivered 990 ecstasy tablets (approximately 249.5 grams) to Cooperating Witness #2 in exchange for $3,600.

120. On or about August 10, 2007, at approximately 4:35 p.m., HENRY HUYNH had a telephone conversation with YANG JIANG who reported that there were ten green x-boxes but that the other one was short stating "10 bizzle and 788," HENRY HUYNH asking about the dolphins to which YANG JIANG replied "one bizzle and 742."

121. On or about August 11, 2007, at approximately 2:33 p.m., HENRY HUYNH had a telephone conversation with EDWARD H. CHIEN about two revolvers and three other handguns, EDWARD H. CHIEN responding that the Glock was only "6 bills" ($600).

122. On or about August 11, 2007, at approximately 9:27 p.m., PHINATH KHVANN received a text message from MELISSA SUE MORAND asking "got any skittles?"

123. On or about August 13, 2007, at approximately 2:33 p.m., HENRY HUYNH had a telephone conversation with YI CHEONG HO stating that he had another ten ($10,000 in collections), asking YI CHEONG HO if he booked his ticket yet, YI CHEONG HO stating that he was going on Cathay Pacific Airlines and mentioning the China phone number of a purported source of supply.

124. On or about August 13, 2007, at approximately 6:46 p.m., TONY NGUYEN received a text message from PHINATH KHVANN asking "do you still have the yellow x-boxes" and at 6:53 p.m., TONY NGUYEN responded "I'm tapped out for now."

125. On or about August 14, 2007, at approximately 1:51 p.m., HENRY HUYNH had a telephone conversation with EDWARD H. CHIEN about providing five firearms, HENRY HUYNH asking EDWARD H. CHIEN about taking some "cush" (marijuana) as payment and EDWARD H. CHIEN stating that he would take some "candy" (ecstasy pills) in payment.

//
//

28

126. On or about August 14, 2007, at approximately 4:06 p.m., HENRY HUYNH had a telephone conversation with EDWARD H. CHIEN about wiring money (to purchase guns) to a Bank of America account and they discussed types of firearms - a Glock 17 and a Glock 19.

127. On or about August 15, 2007, at approximately 3:34 p.m., HENRY HUYNH had a telephone conversation with YANG JIANG asking how many they had left, YANG JIANG responding four full boats and one that's 948 pills including yellow dolphins and x-boxes, HENRY HUYNH noting that they were "crumbled up or something" and YANG JIANG stating it was a bunch of half pills.

128. On or about August 15, 2007, at approximately 8:40 p.m., HENRY HUYNH had a telephone conversation with VI KIEN TANG about the price of ecstasy pills, HENRY HUYNH stating that if he could get it for $2.00 (per pill) he would grab 80 (boats).

129. On or about August 15, 2007, at approximately 9:00 p.m., HENRY HUYNH had a telephone conversation with VI KIEN TANG about the price of ecstasy pills being $2.00 and the quantity being 60 to 80 (boats) with half to be "COD" (cash on delivery).

130. On or about August 15, 2007, at approximately 10:03 p.m., HENRY HUYNH had a telephone conversation with VI KIEN TANG about the ecstasy pills being delivered in a couple of days, HENRY HUYNH asking what kind they were and stating that the ones with the white lines were preferred.

131. On or about August 16, 2007, at approximately 2:58 p.m.,
HENRY HUYNH had a telephone conversation with EDWARD H.
CHIEN discussing a Glock 17 and a Glock 19, HENRY HUYNH
stating that he just got new pills called "orange ladies"
which were pretty "bomb" (high quality), EDWARD H. CHIEN
asking if he could get "two" (boats).

132. On or about August 17, 2007, at approximately 8:04 p.m.,
HENRY HUYNH had a telephone conversation with CHARLES
DAVID NGUYEN about money owed to an intermediary, HENRY
HUYNH stating that CHARLES DAVID NGUYEN should try to
collect as much as he could and that the intermediary
would give him "5 bills" ($500) for doing so.

133. On or about August 18, 2007, at approximately 6:26 p.m.,
HENRY HUYNH had a telephone conversation with EDWARD H.
CHIEN about EDWARD H. CHIEN loving the "red dolphins" and
discussing how much HENRY HUYNH was owed and the details
about obtaining five firearms.

134. On or about August 21, 2007, at approximately 3:57 p.m.,
HENRY HUYNH had a telephone conversation with YI CHEONG
HO asking if any of his friends have ecstasy pills,
YI CHEONG HO stating "no" and then discussing the trip to
China YI CHEONG HO was planning.

135. On or about August 23, 2007, at approximately 4:36 p.m.,
HENRY HUYNH had a telephone conversation with VI KIEN
TANG in which HENRY HUYNH said to save him "50" (boats).

136. On or about August 24, 2007, at approximately 10:59 p.m.,
HENRY HUYNH had a telephone conversation with MICHAEL
HOAI TRAN, discussing prices per pill and the request of

MICHAEL HOAI TRAN to save him 25 boats, HENRY HUYNH stating that he'll give him 40 boats.

137. On or about August 26, 2007, at approximately 5:26 p.m., HENRY HUYNH had a telephone conversation with MICHAEL HOAI TRAN about having 30 (boats) ready for a runner, MICHAEL HOAI TRAN stating that he would "slide 20" (provide 20 additional boats).

138. On or about August 26, 2007, at approximately 7:10 p.m., HENRY HUYNH had a telephone conversation about "double stack soccer balls" (types of ecstasy pills), being told that 90 boats would be coming in, HENRY HUYNH inquiring what color they were.

139. On or about August 26, 2007, at approximately 7:12 p.m., HENRY HUYNH had a telephone conversation with TONY NGUYEN inquiring if TONY NGUYEN ever heard of double soccer ball pills.

140. On or about August 27, 2007, at approximately 2:41 p.m., HENRY HUYNH had a telephone conversation with EDWARD H. CHIEN discussing three Glocks, one Beretta and two HKs (Heckler and Koch) firearms and when EDWARD H. CHIEN was coming back (to the Los Angeles area).

141. On or about August 29, 2007, at approximately 1:40 p.m., HENRY HUYNH had a telephone conversation with one of his runners stating that "it" (the load of ecstasy pills) had not come in yet and he was getting the runaround, HENRY HUYNH stating that he was going to get "25" (25 boats) and they discussed "tall Andy" (YI CHEONG HO) going or coming (possibly to or from China).

142. On or about August 30, 2007, at approximately 1:40 p.m. and 1:42 p.m., HENRY HUYNH received two text messages from TONY NGUYEN referring to a runner carrying four boats getting "popped" (arrested by law enforcement officers) indicating that the supervisor of the runner (DOWN GEORGE YANG) moved 15 weekly (15 boats per week).

143. On or about August 30, 2007, at approximately 2:11 p.m., HENRY HUYNH had a telephone conversation with MICHAEL HOAI TRAN about working on seven (boats), HENRY HUYNH stating that his source of supply was supposed to leave for China but had to postpone his trip.

144. On or about September 1, 2007, at approximately 1:10 a.m., in Beaumont, California, EDWARD H. CHIEN drove a vehicle from Phoenix, Arizona attempting to deliver six handguns to HENRY HUYNH in exchange for money and ecstasy pills.

145. On or about September 14, 2007, YI CHEONG HO traveled on Cathay Pacific Airlines Flight 881 from Los Angeles International Airport to Hong Kong.

146. On or about September 29, 2007, at approximately 5:58 p.m., HENRY HUYNH had a telephone conversation with VI KIEN TANG about needing another 10 "Adidas" (10 boats of pills with the Adidas imprint), HENRY HUYNH asking if VI KIEN TANG had 20 (boats) left.

147. On or about September 29, 2007, at approximately 7:46 p.m., HENRY HUYNH had a telephone conversation with YANG JIANG regarding delivering ecstasy pills to MICHAEL HOAI TRAN.

32

148. On or about September 30, 2007, at approximately 6:10 p.m., HENRY HUYNH had a telephone conversation with TONY NGUYEN about moving five (boats), TONY NGUYEN stating that the dolphins were cool and he still had the x-boxes, HENRY HUYNH stating that he distributed "2" (boats) and there were no complaints, and TONY NGUYEN stating that he had the "cheese" (money).

149. On or about October 1, 2007, at approximately 12:15 p.m., HENRY HUYNH had a telephone conversation with EDWARD H. CHIEN about "G's" (Glock firearms) referring to a Glock 23 or a Glock 19.

150. On or about October 1, 2007, at approximately 3:04 p.m., TONY NGUYEN had a telephone conversation with a runner about "GQ" (DAVID VAN PHAM) making a delivery and that the ecstasy pills were available to "peep" (to examine) at a stash house.

151. On or about October 1, 2007, at approximately 3:59 p.m., HENRY HUYNH had a telephone conversation with DUY THE NGUYEN mentioning 42 boats of ecstasy pills including "smiley faces" and Adidas, DUY THE NGUYEN desiring to drop the price 5¢ per pill on his side and asking HENRY HUYNH if the price could be dropped, HENRY HUYNH stating that he would have to talk to "M" (MICHAEL HOAI TRAN) to see what he wants to do.

152. On or about October 1, 2007, at approximately 4:01 p.m., HENRY HUYNH had a telephone conversation with VI KIEN TANG about 40 (boats), VI KIEN TANG stating that he thought he had 20 "smiley faces" and some Adidas, HENRY

33

HUYNH asking for 40 and VI KIEN TANG responding that he thought he had 22.

153. On or about October 1, 2007, at approximately 4:03 p.m., HENRY HUYNH had a telephone conversation with DUY THE NGUYEN in which DUY THE NGUYEN inquired about getting more "apples," HENRY HUYNH stating that there would be no more apples for another day or two and that the only thing "they" have right now is Adidas, adding that "my guy" (HENRY HUYNH's source of supply) was offering to drop the price of the "smiley faces" 10¢.

154. On or about October 2, 2007, at approximately 12:15 p.m., HENRY HUYNH had a telephone conversation about a request for 15 Adidas and stated that VI KIEN TANG had 12 and inquired if "Bobbie" (YANG JIANG) had any.

155. On or about October 2, 2007, at approximately 4:35 p.m., HENRY HUYNH had a telephone conversation with TONY NGUYEN about TONY NGUYEN's source of supply being "on deck" for a good amount - approximately 100 boats, HENRY HUYNH stating that he would need another ten and that more were coming in a couple of days and in the meantime he would obtain it from TONY NGUYEN's "side."

156. On or about October 2, 2007, at approximately 4:36 p.m., HENRY HUYNH had a telephone conversation with VI KIEN TANG about types of ecstasy pills - white, blue apple and crowns, VI KIEN TANG mentioning that 100 (boats) came in today and HENRY HUYNH stating that he needed 60.

//

//

157. On or about October 2, 2007, at approximately 6:52 p.m.,
TONY NGUYEN had a telephone conversation with a customer
in Colorado about the "brand" of pills, TONY NGUYEN
responding that he had "crowns and blue apples," the
customer stating that the crowns are "good stuff."

158. On or about October 3, 2007, at approximately 7:26 p.m.,
HENRY HUYNH had a telephone conversation with VI KIEN
TANG about 12 (boats), HENRY HUYNH stating that he had
the money but he was waiting for "the other company"
to call.

159. On or about October 4, 2007, at approximately 6:24 p.m.,
TONY NGUYEN had a telephone conversation with a runner
about how many yellow ones and how many green ones were
left, TONY NGUYEN stating that "GQ" (DAVID VAN PHAM) was
going to pick up two (boats).

160. On or about October 4, 2007, at approximately 7:28 p.m.,
TONY NGUYEN had a telephone conversation with a female
broker about the ecstasy pills that TONY NGUYEN sold to
customers in Denver, Colorado, TONY NGUYEN asking about
other sources of supply that could fill an order of
100 boats at a time.

161. On or about October 5, 2007, between 4:10 p.m. and
5:00 p.m., in Arcadia, California, and Covina,
California, HENRY HUYNH met with YANG JIANG and others.

162. On or about October 5, 2007, at approximately 7:57 p.m.,
TONY NGUYEN had a telephone conversation with a runner
stating that everything's all right, TONY NGUYEN

//

indicating that the next day he will grab another "10" (boats) from "Evil" (HENRY HUYNH).

163. On or about October 5, 2007, at approximately 10:14 p.m., TONY NGUYEN sent a text message to PHINATH KHVANN that he received new ones - green motorolas and some more yellow dolphins.

164. On or about October 6, 2007, at approximately 2:49 p.m., TONY NGUYEN had a telephone conversation with a runner about picking up "some" (ecstasy pills) later, TONY NGUYEN stating that "Johnny" (DUY THE NGUYEN) needed some ecstasy pills today.

165. On or about October 6, 2007, at approximately 2:50 p.m., TONY NGUYEN had a telephone conversation with DOWN GEORGE YANG about dolphins and motorolas, DOWN GEORGE YANG asking if they were "big and chalky" and TONY NGUYEN stating they were like the ones he provided before.

166. On or about October 6, 2007, at approximately 2:58 p.m., HENRY HUYNH had a telephone conversation with TONY NGUYEN about HENRY HUYNH picking up 10 white apples, 10 motorolas, 10 yellow dolphins, and 10 Louis Vuittons.

167. On or about October 6, 2007, at approximately 3:00 p.m., HENRY HUYNH had a telephone conversation with TONY NGUYEN about the quantities of pills, TONY NGUYEN inquiring about the yellow dolphins and obtaining five apples, five motorolas, and five dolphins but had only 15 stacks ($15,000) to pay to HENRY HUYNH.

//
//

168. On or about October 6, 2007, at approximately 3:19 p.m., TONY NGUYEN had a telephone conversation with a runner stating that he needed to give "Evil" (HENRY HUYNH) "that thing" (money) and go to "Downy's" today (residence of DOWN GEORGE YANG in San Diego), TONY NGUYEN stating that he was going to pay all 15 ($15,000).

169. On or about October 6, 2007, at approximately 3:46 p.m., HENRY HUYNH had a telephone conversation with VI KIEN TANG confirming that the total to be obtained was 46 (boats), HENRY HUYNH indicating that he was on his way.

170. On or about October 6, 2007, at approximately 4:31 p.m., HENRY HUYNH had a telephone conversation with TONY NGUYEN (in the presence of YANG JIANG) about four different kinds with motorolas and apples in the same plastic baggie together, HENRY HUYNH stating that he could let TONY NGUYEN have 15 boats and TONY NGUYEN responding that he wanted 13 including one baggie that is half apples and half motorolas.

171. On or about October 6, 2007, at approximately 5:30 p.m., HENRY HUYNH had a telephone conversation with YANG JIANG about a delivery of 22 boats.

172. On or about October 6, 2007, at approximately 5:31 p.m., HENRY HUYNH had a telephone conversation with one of his runners about types of ecstasy pills - Louis Vuitton, dolphins and green x-boxes - stating that he (HENRY HUYNH) was given only 22 (boats) but there was more coming.

173. On or about October 6, 2007, at approximately 5:40 p.m., HENRY HUYNH had a telephone conversation with MICHAEL HOAI TRAN about 30 boats, 10 he would keep and 20 he would slide to his runner.

174. On or about October 6, 2007, at approximately 6:00 p.m., TONY NGUYEN had a telephone conversation with a runner instructing the runner to call "Downy" (DOWN GEORGE YANG) to ask if DOWN GEORGE YANG wanted two green motorolas and one yellow dolphin, noting that they were "short" green motorolas.

175. On or about October 6, 2007, at approximately 6:59 p.m., HENRY HUYNH had a telephone conversation with MICHAEL HOAI TRAN about 22 (boats) which were expected and MICHAEL HOAI TRAN moving nine boats and everybody waiting for the delivery.

176. On or about October 6, 2007, at approximately 7:27 p.m., HENRY HUYNH had a telephone conversation with MICHAEL HOAI TRAN referring to the source of supply providing HENRY HUYNH with 30 to 35 boats and asking MICHAEL HOAI TRAN about giving it to a runner, MICHAEL HOAI TRAN responding "let me figure it out."

177. On or about October 7, 2007, at approximately 1:23 p.m., HENRY HUYNH had a telephone conversation with MICHAEL HOAI TRAN about Louis Vuitton, yellow dolphins, green motorolas, and green x-boxes, MICHAEL HOAI TRAN asking "is it good?" and HENRY HUYNH replying "it'll fly."

//

//

178. On or about October 7, 2007, at approximately 6:37 p.m., TONY NGUYEN received a text message from PHINATH KHVANN asking how much for three (boats) and at 6:38 p.m., TONY NGUYEN responded that the best he could do was "26" ($2.60 per pill).

179. On or about October 8, 2007, at approximately 12:34 p.m., HENRY HUYNH had a telephone conversation with DUY THE NGUYEN about 11 boats of ecstasy pills, HENRY HUYNH stating that his main connection might have something else and DUY THE NGUYEN stating that he wants a total of 20 to which HENRY HUYNH stated that he has 10 "bomb" boats - dolphins, Louis Vuittons, a couple x-boxes and four apples.

180. On or about October 8, 2007, at approximately 4:14 p.m., HENRY HUYNH had a telephone conversation with MICHAEL HOAI TRAN about the "stuff" (ecstasy pills) that came in and getting 40 (boats) to a runner, HENRY HUYNH stating that "they" only obtained 50 and now they're "dry" again (out of ecstasy pills).

181. On or about October 9, 2007, at approximately 6:43 p.m., TONY NGUYEN had a telephone conversation with DOWN GEORGE YANG about DOWN GEORGE YANG trying to get a hold of his "homie," TONY NGUYEN stating that he could move white apples if he had more runners and DOWN GEORGE YANG stating that there's only this one "dude" (DOWN GEORGE YANG's "homie").

//

//

182. On or about October 10, 2007, at approximately 5:22 p.m., HENRY HUYNH had a telephone conversation with VI KIEN TANG discussing the kind of ecstasy pills - motorolas and "smiley faces" - and dropping the price to $1.90 (per pill).

183. On or about October 10, 2007, at approximately 7:50 p.m., HENRY HUYNH had a telephone conversation with VI KIEN TANG about the "flavors of the pills," VI KIEN TANG stating it was "new stuff" and HENRY HUYNH asking if it was from the same company.

184. On or about October 11, 2007, at approximately 12:31 p.m., HENRY HUYNH had a telephone conversation with VI KIEN TANG asking about the type of pills and VI KIEN TANG responding "green elephants and red Adidas" and both are "pretty good," VI KIEN TANG commenting that the powder (from the pills) made him numb.

185. On or about October 11, 2007, at approximately 2:06 p.m., HENRY HUYNH had a telephone conversation with DUY THE NGUYEN about 20 red Adidas and 20 green elephants, HENRY HUYNH stating that "they" (the sources of supply) re-made it right so that it should be better.

186. On or about October 11, 2007, at approximately 3:52 p.m., HENRY HUYNH had a telephone conversation with VI KIEN TANG about 40 to 50 (boats), VI KIEN TANG stating that he would provide 50 - half one variety and half another variety.

//
//

187. On or about October 12, 2007, at approximately
11:37 a.m., HENRY HUYNH had a telephone conversation with
DUY THE NGUYEN discussing 25 elephants and DUY THE NGUYEN
agreed to a total of 30 green elephants.

188. On or about October 12, 2007, at approximately
11:40 a.m., HENRY HUYNH had a telephone conversation with
VI KIEN TANG about receiving the ecstasy pills around
1:00 p.m. that afternoon, HENRY HUYNH confirming 40 blue
boats and 10 red boats and stating that he would be
bringing $70,000.

189. On or about October 12, 2007, at approximately 1:30 p.m.,
in San Gabriel, California, HENRY HUYNH and CHARLES DAVID
NGUYEN drove out of a parking garage and returned in a
few minutes as VI KIEN TANG arrived with a large box
which HENRY HUYNH placed in the vehicle of CHARLES DAVID
NGUYEN.

190. On or about October 12, 2007, at approximately 1:41 p.m.,
in San Gabriel, California, HENRY HUYNH, CHARLES DAVID
NGUYEN and VI KIEN TANG departed a parking garage in
separate vehicles and, at 1:51 p.m., the vehicle driven
by CHARLES DAVID NGUYEN was stopped by a police officer
for a traffic violation and was found to contain over
49,900 ecstasy pills in 50 plastic baggies.

191. On or about October 12, 2007, at approximately 1:53 p.m.,
HENRY HUYNH had a telephone conversation with VI KIEN
TANG stating that the "narcs" (law enforcement agents)
"got my people" and are following closely, HENRY HUYNH

//

41

stating that VI KIEN TANG should "clean out his thing" and HENRY HUYNH would meet him later.

192. On or about October 12, 2007, at approximately 1:56 p.m., HENRY HUYNH had a telephone conversation confirming that "D-Boy" (CHARLES DAVID NGUYEN) just got "cracked" (arrested), HENRY HUYNH explaining that VI KIEN TANG came down for his money and that law enforcement agents found "30" (in actuality 50 boats of ecstasy pills), HENRY HUYNH stating that he called "Bobbie" (YANG JIANG).

193. On or about October 12, 2007, at approximately 2:00 p.m., in San Gabriel, California VI KIEN TANG observed the traffic stop of the vehicle driven by CHARLES DAVID NGUYEN and, as he did so, he ran a red light and then proceeded to his apartment in Monterey Park, California.

194. On or about October 12, 2007, at approximately 2:09 p.m., HENRY HUYNH had a telephone conversation with VI KIEN TANG describing the arrest of CHARLES DAVID NGUYEN, HENRY HUYNH stating that "they" came out of nowhere and that he (HENRY HUYNH) was going to drop his phone and call VI KIEN TANG in a day or two.

195. On or about October 12, 2007, at approximately 2:11 p.m., HENRY HUYNH had a telephone conversation with DUY THE NGUYEN stating that "my guy just got cracked" (CHARLES DAVID NGUYEN got arrested), HENRY HUYNH stating that "you guys just get rid of it" (get rid of the ecstasy pills in DUY THE NGUYEN's possession).

//
//

42

196. On or about October 12, 2007, at approximately 2:13 p.m., HENRY HUYNH had a telephone conversation with VI KIEN TANG about going to the phone store, HENRY HUYNH stating that he would call him on another telephone.

197. On or about October 17, 2007, HENRY HUYNH and YANG JIANG traveled on China Southern Airlines Flight 328 from Los Angeles International Airport to Guangzhou, China.

198. On or about October 20, 2007, TONY NGUYEN traveled on China Southern Airlines Flight 328 from Los Angeles International Airport to Guangzhou, China.

199. On or about November 1, 2007, YI CHEONG HO traveled to Los Angeles International Airport on Cathay Pacific Airlines Flight 884 from Hong Kong.

200. On or about November 7, 2007, HENRY HUYNH, TONY NGUYEN, and YANG JIANG traveled to Los Angeles International Airport on China Southern Airlines Flight 327 from Guangzhou, China.

201. On or about December 4, 2007, YI CHEONG HO traveled on China Southern Airlines Flight 328 from Los Angeles International Airport to Guangzhou, China.

202. On or about December 23, 2007, HENRY HUYNH traveled on China Southern Airlines Flight 328 from Los Angeles International Airport to Guangzhou, China.

203. On or about February 19, 2008, YI CHEONG HO traveled to Los Angeles International Airport on China Southern Airlines Flight 327 from Guangzhou, China.

//

//

43

204. On or about March 7, 2008, HENRY HUYNH traveled to Los Angeles International Airport on China Southern Airlines Flight 327 from Guangzhou, China.

All in violation of Title 21, United States Code, Section 846.

Count 2

On or about March 13, 2007, within the Southern District of California, defendants PHINATH KHVANN, aka "Peanut," and HARLAN JARARD EDISON, aka "Harlie," did knowingly and intentionally distribute approximately 108.1 grams (447 tablets) of 3,4 methylenedioxymethamphetamine (MDMA), commonly known as "ecstasy," a Schedule I controlled substance to Cooperating Witness #1; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Count 3

On or about March 19, 2007, within the Southern District of California, defendants PHINATH KHVANN, aka "Peanut," and HARLAN JARARD EDISON, aka "Harlie," did knowingly and intentionally distribute approximately 246.2 grams (998 tablets) of 3,4 methylenedioxymethamphetamine (MDMA), commonly known as "ecstasy," a Schedule I controlled substance to Cooperating Witness #1; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Count 4

On or about March 23, 2007, within the Southern District of California, defendants PHINATH KHVANN, aka "Peanut," and HARLAN JARARD EDISON, aka "Harlie," did knowingly and intentionally distribute approximately 86.8 grams (322 tablets) of 3,4 methylenedioxymethamphetamine (MDMA), commonly known as "ecstasy,"

44

a Schedule I controlled substance to Cooperating Witness #1;
in violation of Title 21, United States Code, Section 841(a)(1), and
Title 18, United States Code, Section 2.

### Count 5

On or about July 10, 2007, within the Southern District
of California, defendant PHINATH KHVANN, aka "Peanut," did knowingly
and intentionally distribute approximately 25.0 grams (100 tablets)
of 3,4 methylenedioxymethamphetamine (MDMA), commonly known as
"ecstasy," a Schedule I controlled substance to Cooperating
Witness #2; in violation of Title 21, United States Code,
Section 841(a)(1).

### Count 6

On or about August 9, 2007, within the Southern District of
California, defendant PHINATH KHVANN, aka "Peanut," did knowingly and
intentionally distribute approximately 249.5 grams (990 tablets) of
3,4 methylenedioxymethamphetamine (MDMA), commonly known as "ecstasy,"
a Schedule I controlled substance to Cooperating Witness #2;
in violation of Title 21, United States Code, Section 841(a)(1).

DATED: July 10, 2008.

A TRUE BILL:

_Foreperson_

KAREN P. HEWITT
United States Attorney

By: _Edward C. Weiner_

EDWARD C. WEINER
Assistant U.S. Attorney

45